UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071 |

This Document Relates to: ALL CASES

## ORDER

The Motion by all Plaintiffs to Establish Deadlines for the submission of Leadership Applications and to Set a Schedule for the Exchange of a Proposed Joint Statement (Doc. No. 82) is **RESERVED** for discussion at the status conference on **May 31, 2023.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE