UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>**ALL CASES** |

## ORDER

By Order entered on April 19, 2023 (Doc. No. 3), the Court indicated that audio would be available at the Initial Status Conference on Wednesday, May 31, 2023, at 1:30 p.m., for those not attending in person and who do not wish to participate. Due to technical difficulties, audio will not be available.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE