UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES |

## ORDER

By Order entered on April 19, 2023 (Doc. No. 3), the Court directed the parties to advise the Court by May 24, 2023, of the specific person(s) attending for that party. As the Court prepares for the Status Conference on May 31, 2023, it has found inconsistencies in the information provided.

As such, it will be helpful for the parties, individually or collectively, to file a Notice identifying counsel who will attend for each party and who will speak on behalf of each party. The Court encourages the parties to authorize one lawyer to speak on behalf of several parties.

The Notice(s) shall be filed by 5:00 p.m. on Friday, May 25, 2023, with joint notices on behalf of multiple parties preferred. To the extent the Notice(s) is not timely filed, the Court may not be able to accommodate that party or counsel in the courtroom.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE