# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to: ALL CASES |

## ORDER

The parties have filed a Joint Stipulation (Doc. No. 317) on the following matters:

1. Liaison Counsel for Plaintiffs and Counsel for certain Defendants [1] held a productive conference on June 30, 2023, regarding potential disputes over personal jurisdiction and/or venue in courts where one or more of such defendants assert they lack any presence;

2. Liaison Counsel for Plaintiffs and Counsel for Defendants agree that one or more of the issues regarding personal jurisdiction and/or venue may be resolved and motion practice obviated through further discussion and/or subsequent developments in this case;

3. Liaison Counsel for Plaintiffs and Counsel for Defendants agree to continue their discussions and defer potentially unnecessary motion practice regarding personal jurisdiction and/or venue without waiver by either Plaintiffs or Defendants of any potential arguments or objections regarding personal jurisdiction and/or venue; and

4. Nothing in the Stipulation or this Order touches upon the Court's administration of this case.

---

[1] These Stipulating Defendants are: Essex Property Trust, Inc. and Essex Management Corporation; Cortland Management, LLC; Equity Residential; Security Properties, Inc.; Rose Associates Inc.; ZRS Management, LLC; Thrive Communities Management, LLC; Mid-America Apartment Communities, Inc.; Prometheus Real Estate Group, Inc.; Sares Regis Group Commercial, Inc.; Morgan Properties Management Company, LLC and Morgan Properties, LP; Dayrise Residential, LLC; Independence Realty Trust, Inc.; Conti Capital; Kairoi Management, LLC; ConAm Management Corporation; Camden Property Trust; RPM Living, LLC; B/T Washington, LLC d/b/a Blanton Turner; Highmark Residential, LLC; Allied Orion Group, LLC; Windsor Property Management Company; Greystar Real Estate Partners, LLC; Lincoln Property Company; and Sherman Associates, Inc.

Accordingly, as requested by the parties, the issue of personal jurisdiction and venue shall be deferred, without waiver of any arguments or objections, for 180 days from the date of this Order while Plaintiffs and Defendants continue their discussions. No later than 180 days from the date of this Order, Plaintiffs and Defendants shall submit a status report to the Court either: (1) alerting the Court that issues of personal jurisdiction and venue have been resolved, or (2) proposing a briefing schedule for this Court to resolve any remaining motions concerning personal jurisdiction and venue with respect to the undersigned Defendants.[2]

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] This Order does not affect—and is without prejudice to—the right, ability, and intention of any Defendant to file a motion to dismiss for lack of personal jurisdiction as to any of the consolidated actions, or to any action not yet filed or transferred to the MDL proceeding as of the date the Stipulation was submitted to the Court by the stipulating parties.