UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

**SECOND NOTICE PURSUANT TO PARAGRAPH 10 OF THE JUNE 1, 2023 ORDER CONCERNING DEFENDANTS PARTICIPATING IN EARLY MEDIATION**

Pursuant to Paragraph 10 of this Court's Order (the "Order"), issued on June 1, 2023 [ECF 243], and the Court conference on July 31, 2023, the undersigned Defendants[1] propose Clay Cogman from Phillips ADR for the early mediation.[2] The undersigned Defendants have conferred with Plaintiffs and Plaintiffs consented to Mr. Cogman as the mediator.

---

[1] Twenty-three Defendants signed this Notice: Allied Orion Group, LLC, Apartment Income REIT Corp., d/b/a AIR Communities, Brookfield Properties Multifamily LLC, CA Ventures, Campus Advantage, Inc., Cardinal Group Holdings LLC, ConAm Management Corp., Conti Capital, Crow Holdings LP and Trammell Crow Residential Company, Dayrise Residential, LLC, Essex Property Trust, Inc., Knightvest Residential, Kairoi Management LLC, Lantower Luxury Living LLC, Lyon Management Group, Inc., Prometheus Real Estate Group, The Related Companies, L.P and Related Management Company, L.P., Rose Associates Inc., Sherman Associates, Inc., Simpson Property Group, LLC (incorrectly named as Simpson Property Group, LLP), Timberline Real Estate Ventures LLC and Windsor Property Management Company, WinnCompanies LLC and WinnResidential Manager Corp.

[2] Defendants submit this notice subject to and without waiver of the arguments raised in Defendants' pending motions to dismiss, including Defendants' Motion to Dismiss Multifamily Plaintiffs' First Amended Consolidated Class Action Complaint [ECF 340], LRO Defendants' Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim [ECF 323], Defendant CH Real Estate Services, LLC's Motion to Dismiss for Lack of Personal Jurisdiction [ECF 327], and Defendant Rose Associate Inc.'s Motion to Dismiss for Lack of Jurisdiction and Improper Venue [ECF 343].

`

DATED: August 3, 2023

Respectfully submitted,

| | |
|---|---|
| /s/ Edwin Buffmire | /s/ Yehudah L. Buchweitz |
| Edwin Buffmire<br>ebuffmire@jw.com<br>Michael Moran<br>mmoran@jw.com<br>JACKSON WALKER LLP<br>2323 Ross Ave., Suite 600<br>Dallas, TX 75201<br>Telephone: (214) 953-6000 | Yehudah L. Buchweitz<br>yehudah.buchweitz@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8256 |
| Kevin Fulton<br>kevin@fultonlg.com<br>THE FULTON LAW GROUP PLLC<br>7676 Hillmont St., Suite 191<br>Houston, TX 77040<br>Telephone: (713) 589-6964 | Jeff L. White<br>Jeff.white@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, NW<br>Washington, DC 20036<br>Telephone: (202) 682-7059 |
| *Counsel for Defendant Allied Orion Group, LLC* | R. Dale Grimes, BPR #006223<br>dgrimes@bassberry.com<br>BASS, BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Telephone: (615) 742-6244 |
| /s/ Katie A. Reilly | |
| Katie A. Reilly<br>reilly@wtotrial.com<br>Michael T. Williams<br>williams@wtotrial.com<br>Judith P. Youngman<br>youngman@wtotrial.com<br>WHEELER TRIGG O'DONNELL LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone: (303) 244-1800 | *Counsel for Defendant Brookfield Properties Multifamily LLC* |
| | /s/ Michael F. Murray |
| | Michael F. Murray<br>michaelmurray@paulhastings.com<br>PAUL HASTINGS LLP<br>2050 M Street, NW<br>Washington, DC 20036<br>Telephone: (202) 551-1730 |
| Mark Bell<br>Mark.Bell@hklaw.com<br>HOLLAND & KNIGHT LLP<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Telephone: (615) 850-8850 | Noah Pinegar<br>noahpinegar@paulhastings.com<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6057 |
| *Counsel for Defendant Apartment Income REIT Corp., d/b/a AIR Communities* | *Counsel for Defendant CA Ventures Global Services, LLC* |

`

/s/ Campus Advantage, Inc.
Marisa Secco Giles
mgiles@velaw.com
VINSON & ELKINS LLP
200 West 6th Street, Suite 2500
Austin, Texas 78701
Telephone: (512) 542-8781

Jason M. Powers
jpowers@velaw.com
VINSON & ELKINS LLP
845 Texas Avenue, Suite 4700
Houston, Texas 77002
Telephone: (713) 758-2522

*Counsel for Defendant Campus Advantage, Inc.*

/s/ Timothy R. Beyer
Timothy R. Beyer
tim.beyer@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
Telephone: (303) 866-0481

Sarah Hartley
sarah.hartley@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, N.W.
Washington, DC 20004
Telephone: (303) 866-0363

*Counsel for Defendant Cardinal Group Holdings LLC*

/s/ Knightvest Residential
Cliff A. Wade
cliff.wade@bakerlopez.com
Chelsea L. Futrell
chelsea.futrell@bakerlopez.com
BAKER LOPEZ PLLC
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240
Telephone: (469) 206-9384

*Counsel for Defendant Knightvest Residential*

/s/ Conti Capital
Ronald W. Breaux
Ron.Breaux@haynesboone.com
Bradley W. Foster
Brad.Foster@haynesboone.com
HAYNES AND BOONE LLP
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Fax: (214) 200-0376

*Counsel for Defendant Conti Capital*

/s/ Bradley C. Weber
Bradley C. Weber (admitted *pro hac vice*)
bweber@lockelord.com
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8497

*Counsel for Defendant Dayrise Residential, LLC*

/s/ Leo D. Caseria
Leo D. Caseria
lcaseria@sheppardmullin.com
Helen C. Eckert
heckert@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC, 20006
Telephone: (202) 747-1925

Arman Oruc
aoruc@goodwinlaw.com
Goodwin Procter, LLP
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

*Counsel for Defendant Essex Property Trust, Inc.*

/s/ Eliot Turner
Eliot Turner
eliot.turner@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100,
Houston, Texas 77010
Telephone: (713) 651-5151

*Counsel for Defendant Kairoi Management LLC*

/s/ Michael W. Scarborough
Michael W. Scarborough (admitted *pro hac vice*)
mscarborough@velaw.com
Dylan I. Ballard (admitted *pro hac vice*)
dballard@velaw.com
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Lantower Luxury Living LLC*

/s/ Lee Peifer
Lee Peifer (pro hac vice motion pending)
leepeifer@eversheds-sutherland.com
Eversheds Sutherland (US) LLP
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000

Douglas Berry (TN Bar No. 6927)
doug.berry@millermartin.com
Jessica Malloy-Thorpe (TN Bar No. 35234)
jessica.malloy-thorpe@millermartin.com
MILLER & MARTIN PLLC
401 Commerce Street, Suite 1010
Nashville, Tennessee 37219
Telephone: (615) 244-9270

*Counsel for Defendant Timberline Real Estate Ventures, LLC*

/s/ Karen H. Safran
Karen H. Safran
ksafran@goodspeedmerrill.com
Robert Hunger
rhunger@goodspeedmerrill.com
GOODSPEED MERRILL
9605 South Kingston Court, Suite 200
Englewood, CO 80112
Telephone: (720) 943-9033

*Counsel for Defendant Lyon Management Group, Inc.*

/s/ Nicholas A. Gravante Jr.
Nicholas A. Gravante, Jr.
nicholas.gravante@cwt.com
Philip J. Iovieno
philp.iovieno@cwt.com
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000

*Counsel for Defendants The Related Companies, L.P and Related Management Company, L.P.*

/s/ Richard P. Sybert
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant Rose Associates Inc.*

/s/ Diane R. Hazel
Diane R. Hazel
dhazel@foley.com
FOLEY & LARDNER LLP
1400 16th Street, Suite 200
Denver, CO 80202
Telephone: (720) 437-2000

Elizabeth A. N. Haas (admitted *pro hac vice*)
ehaas@foley.com
Ian Hampton (admitted *pro hac vice*)
ihampton@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400

Tara L. Swafford, BPR #17577
tara@swaffordlawfirm.com
Dylan Harper, BPR #36820
dylan@swaffordlawfirm.com
THE SWAFFORD LAW FIRM, PLLC
321 Billingsly Court, Suite 19
Franklin, Tennessee 37067
Telephone: (615) 599-8406

*Counsel for Defendant Sherman Associates, Inc.*

/s/ Brent Justus
Brent Justus
bjustus@mcguirewoods.com
Nick Giles
ngiles@mcguirewoods.com
MCGUIREWOODS LLP
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000

*Counsel for Defendant Simpson Property Group, LLC (incorrectly named as Simpson Property Group, LLP)*

/s/ Jessalyn H. Zeigler
Jessalyn H. Zeigler
jzeigler@bassberry.com
BASS, BERRY & SIMS, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200

Craig P. Seebald (admitted *pro hac vice*)
cseebald@velaw.com
Stephen M. Medlock (admitted *pro hac vice*)
smedlock@velaw.com
VINSON & ELKINS LLP
2200 Pennsylvania Ave., N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500

Christopher W. James (admitted *pro hac vice*)
cjames@velaw.com
VINSON & ELKINS LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900

*Counsel for Defendant Windsor Property Management Company*

/s/ Judith A. Zahid
Judith A. Zahid (admitted *pro hac vice*)
jzahid@zellelaw.com
Heather T. Rankie (admitted *pro hac vice*)
hrankie@zellelaw.com
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 633-1916

*Counsel for Defendant Prometheus Real Estate Group, Inc.*

`

| | |
|---|---|
| */s/ Benjamin R. Nagin* | */s/ Edwin Buffmire* |
| Benjamin R. Nagin | Edwin Buffmire |
| bnagin@sidley.com | ebuffmire@jw.com |
| SIDLEY AUSTIN LLP | Michael Moran |
| 787 Seventh Avenue | mmoran@jw.com |
| New York, NY 10019 | JACKSON WALKER LLP |
| Telephone: (212) 839-5300 | 2323 Ross Ave., Suite 600 |
| | Dallas, TX 75201 |
| *Counsel for Defendant ConAm Management Corporation* | Telephone: (214) 953-6000 |
| | *Counsel for Defendants Crow Holdings LP and Trammell Crow Residential Company* |
| | */s/ Evan Fray-Witzer* |
| | Evan Fray-Witzer |
| | Evan@CFWLegal.com |
| | CIAMPA FRAY-WITZER, LLP |
| | 20 Park Plaza, Suite 505 |
| | Boston, MA 02116 |
| | Telephone: 617-426-0000 |
| | *Counsel for Defendants WinnCompanies LLC, and WinnResidential Manager Corp.* |

`

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 3rd day of August, 2023.

        */s/ R. Dale Grimes*
        R. Dale Grimes