# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>This Document Relates to:<br>ALL CASES |

## ORDER DISMISSING CERTAIN DEFENDANTS WITHOUT PREJUDICE AND SUBSTITUTING CERTAIN DEFENDANTS

Based upon Plaintiffs' Unopposed Omnibus Motion to Dismiss Certain Defendants and Substitute Corrected Defendants, (Doc. No. 528) and the record, the Court rules as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court dismisses without prejudice, the following parties in the identified cases:

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| Alliance Residential Co. | *Parker v. RealPage, Inc. et al.*, 3:23-cv-00378<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391 |
| Alliance Residential Realty, LLC | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| Allied Orion Group LLC | *Kramer v. RealPage, Inc. et al.*, 3:23-cv-00356 |
| AMLI Management Co. | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391 |
| Asset Living, LLC | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391 |

1

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| | *Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| BH Management Services, LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329<br>*Morgan v. RealPage, Inc.*, 3:23-cv-00330<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Pham v. RealPage, Inc.*, 3:23-cv-00337<br>*Moore v. RealPage, Inc.*, 3:23-cv-00339<br>*Crook v. RealPage, Inc.*, 3:23-cv-00387<br>*Kramer v. RealPage, Inc.*, 3:23-cv-00389<br>*Weller v. RealPage, Inc.*, 3:23-cv-00414<br>*Lauder v. RealPage Inc. et al.*, 3:23-cv-00757 |
| B.HOM Student Living LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 |
| B/T Washington LLC | *Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Camden Property Trust | *Morgan v. RealPage Inc. et al.*, 3:23-cv-00330<br>*Alvarez v. RealPage Inc. et al.*, 3:23-cv-00331<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333<br>*Moore v. The Irvine Company LLC et al.*, 3:23-cv-00339<br>*Kramer v. RealPage Inc. et al.*, 3:23-cv-00389<br>*Weller v. RealPage Inc. et al.*, 3:23-cv-00414<br>*Spencer v. RealPage Inc. et al.*, 3:23-cv-00415 |
| Carmel Partners LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 |
| CH Real Estate Services, LLC | *Armas v. RealPage, Inc. et. al*, 3:23-cv-00333 |
| Cortland Properties, Inc. | *Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc.*, 3:23-cv-00391<br>*Blosser v. RealPage, Inc.*, 3:23-cv-00445 |
| D.P. Preiss Company, Inc. | *Navarro v. RealPage, Inc.*, 3:23-cv-00329 |
| Dayrise Residential, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Equity Residential | *Spencer v. RealPage, Inc. et al.*, 3:23-cv-00415<br>*Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742 |
| Essex Management Corp. | *Alvarez v. RealPage, Inc.*, 3:23-cv-00331<br>*Armas v. RealPage, Inc.*, 3:23-cv-00333 |
| Highmark Residential, LLC | *Morgan et al v. RealPage et al.*, 3:23-cv-00330<br>*Moore et al v. The Irvine Co. et al*, 3:23-cv-00339<br>*Zhovmiruk et al v. RealPage et al.*, 3:23-cv-00345<br>*Kramer et al v. RealPage et al.*, 3:23-cv-00389<br>*Weller et al v. RealPage et al.*, 3:23-cv-00414 |
| Kairoi Management, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Lantower Luxury Living, LLC | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Morgan Group, Inc. | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Morgan v. RealPage, Inc.*, 3:23-cv-00330 |

| Defendant | Cases in which the Defendant Should be Dismissed |
|---|---|
| | *Moore v. The Irvine Co., LLC*, 3:23-cv-00339<br>*Weller v. RealPage, Inc.*, 3:23-cv-00414<br>*Alexander v. The Irvine Co., LLC*, 3:23-cv-00440 |
| Morgan Properties LP | *Weller et al v. RealPage et al.*, 3:23-cv-00414 |
| Morgan Properties, LLC | *Bauman v. RealPage, Inc. et al.*, 3:23-cv-00326<br>*Morgan et al v. RealPage Inc et al.*, 3:23-cv-00330<br>*Moore v. The Irvine Company LLC et al.*, 3:23-cv-00339<br>*Marchetti v. RealPage, Inc.*, 3:23-cv-00380<br>*Kramer v. RealPage Inc et al.*, 3:23-cv-00389<br>*Schmidig v. Realpage, Inc. et al.*, 3:23-cv-00391<br>*Alexander et al. v. RealPage, Inc. et al.*, 3:23-cv-00440<br>*Blosser v. RealPage, Inc. et al.*, 3:23-cv-00445 |
| Park Towne Place Apartment Homes | *Bauman v. RealPage, Inc.*, 3:23-cv-00326 |
| Security Properties, Inc. | *Marchetti v. RealPage, Inc.*, 3:23-cv-00380 |
| Sterling Apartment Homes | *Bauman v. RealPage, Inc.*, 3:23-cv-00326<br>*Spencer v. RealPage, Inc.*, 3:23-cv-00415 |
| TF Cornerstone, Inc. | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| The Irvine Co. LLC | *Alexander v. RealPage Inc. et al.*, 3:23-cv-00440 |
| The Related Companies, L.P. | *Kabisch et al. v. RealPage et al.*, 3:23-cv-00742 |
| Thrive Communities Management, LLC | *Bauman v. RealPage, Inc. et al.*, 3:23-cv-00326<br>*Parker v. RealPage, Inc. et al.*, 3:23-cv-00378<br>*Marchetti v. RealPage, Inc. et al.*, 3:23-cv-00380<br>*Schmidig v. RealPage, Inc. et al.*, 3:23-cv-00391<br>*Alexander v. RealPage Inc. et al.*, 3:23-cv-00440<br>*Kabisch v. RealPage, Inc. et al.*, 3:23-cv-00742 |
| Timberline Real Estate Ventures, LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329<br>*Lauder v. RealPage Inc. et al.*, 3:23-cv-00757 |
| Trammell Crow Company, LLC | *Cherry v. RealPage, Inc.*, 3:23-cv-00332<br>*Boelens v. RealPage, Inc.*, 3:23-cv-00338<br>*Lai Cheong v. RealPage, Inc.*, 3:23-cv-00416 |
| University House Communities Group LLC | *Lauder v. RealPage Inc. et al.*, 3:23-cv-00757<br>*Dempsey v. RealPage, Inc. et al.*, 3:23-cv-00792 |
| University House Communities LLC | *Navarro v. RealPage Inc. et al.*, 3:23-cv-00329 |
| ZRS Management, LLC | *Morgan v. RealPage, Inc.*, 3:23-cv-00330<br>*Moore et al v. The Irvine Co. et al*, 3:23-cv-00339<br>*Kramer et al v. RealPage et al.*, 3:23-cv-00389<br>*Weller et al v. RealPage et al.*, 3:23-cv-00414 |

2. The parties agree to the following substitutions and dismissals without prejudice of Defendants in the identified cases:

| Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Cases |
|---|---|---|
| Apartment Income REIT Corp., d/b/a Air Communities | AIR Communities REIT Corp. | 3:23-cv-00415 |
| BH Management Services, LLC | BH Management LLC | 3:23-cv-00380<br>3:23-cv-00391 |
| Bozzuto Management Company | Bozzuto Property Management | 3:23-cv-00415 |
| Bozzuto Management Company | The Bozzuto Group | 3:23-cv-00380<br>3:23-cv-00391 |
| Brookfield Properties Multifamily LLC | Brookfield Residential Properties LLC | 3:23-cv-00335 |
| CONTI Texas Organization, Inc., d/b/a CONTI Capital | CONTI Capital | 3:23-cv-00410<br>3:23-cv-00411<br>3:23-cv-00742 |
| Cortland Management, LLC | Cortland Partners, LLC | 3:22-cv-01082<br>3:23-cv-00440<br>3:23-cv-00552 |
| Greystar Management Services, LLC | Greystar Real Estate Partners, LLC | 3:22-cv-01082<br>3:23-cv-00326<br>3:23-cv-00329<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00335<br>3:23-cv-00337<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00356<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00377<br>3:23-cv-00378<br>3:23-cv-00379<br>3:23-cv-00380<br>3:23-cv-00381<br>3:23-cv-00387 |

| Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Cases |
|---|---|---|
| | | 3:23-cv-00388 |
| | | 3:23-cv-00389 |
| | | 3:23-cv-00390 |
| | | 3:23-cv-00391 |
| | | 3:23-cv-00410 |
| | | 3:23-cv-00411 |
| | | 3:23-cv-00412 |
| | | 3:23-cv-00413 |
| | | 3:23-cv-00414 |
| | | 3:23-cv-00415 |
| | | 3:23-cv-00416 |
| | | 3:23-cv-00440 |
| | | 3:23-cv-00445 |
| | | 3:23-cv-00552 |
| Greystar Management Services, LLC | Greystar Management Services, L.P | 3:23-cv-00742 |
| Pinnacle Property Management Services, LLC | Cushman & Wakefield, Inc. | 3:22-cv-01082 |
| | | 3:23-cv-00326 |
| | | 3:23-cv-00330 |
| | | 3:23-cv-00333 |
| | | 3:23-cv-00335 |
| | | 3:23-cv-00337 |
| | | 3:23-cv-00339 |
| | | 3:23-cv-00356 |
| | | 3:23-cv-00357 |
| | | 3:23-cv-00358 |
| | | 3:23-cv-00377 |
| | | 3:23-cv-00380 |
| | | 3:23-cv-00387 |
| | | 3:23-cv-00389 |
| | | 3:23-cv-00390 |
| | | 3:23-cv-00391 |
| | | 3:23-cv-00410 |
| | | 3:23-cv-00411 |
| | | 3:23-cv-00412 |
| | | 3:23-cv-00413 |
| | | 3:23-cv-00414 |
| | | 3:23-cv-00415 |
| | | 3:23-cv-00416 |
| | | 3:23-cv-00440 |
| | | 3:23-cv-00445 |
| The Related Companies, L.P. and Related Management Company, L.P. | Related Companies, Inc. | 3:23-cv-00412 |
| | | 3:23-cv-00413 |
| Sares Regis Group Commercial, Inc. | Sares Regis Group Operating, Inc. | 3:23-cv-00330 |
| | | 3:23-cv-00339 |
| | | 3:23-cv-00389 |

| Corrected Entity (to be Deemed Substituted In) | Entity to be Terminated | Cases |
|---|---|---|
| | | 3:23-cv-00414<br>3:23-cv-00440 |
| Security Properties Residential, LLC | Security Properties, Inc. | 3:23-cv-00326<br>3:23-cv-00330<br>3:23-cv-00331<br>3:23-cv-00332<br>3:23-cv-00333<br>3:23-cv-00334<br>3:23-cv-00337<br>3:23-cv-00338<br>3:23-cv-00339<br>3:23-cv-00344<br>3:23-cv-00345<br>3:23-cv-00357<br>3:23-cv-00358<br>3:23-cv-00380<br>3:23-cv-00387<br>3:23-cv-00388<br>3:23-cv-00389<br>3:23-cv-00390<br>3:23-cv-00391<br>3:23-cv-00414<br>3:23-cv-00440<br>3:23-cv-00445<br>3:23-cv-00742 |
| Simpson Property Group, LLC | Simpson Property Group, LLLP | 3:23-cv-00377<br>3:23-cv-00412<br>3:23-cv-00413 |
| TREV Management II LLC | Timberline Real Estate Ventures, LLC | 3:23-cv-00792 |

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
Chief United States District Judge

6

Case 3:23-cv-00552   Document 51   Filed 09/11/23   Page 6 of 6 PageID #: 1131