UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | No. 3:23-md-03071<br>MDL No. 3071<br><br>**This Document Relates to:**<br>ALL CASES |

## ORDER

The Court sets oral argument on **December 11, 2023**, at 1:00 p.m., limited to Defendants' Motion to Dismiss Student Plaintiffs' First Amended Consolidated Class Action Complaint (Doc. No. 587) and Defendants' Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint (Doc. No. 592). The Court will hear arguments from the Plaintiffs, Defendants and the United States of America.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1