UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | NO. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>    ALL CASES |

## ORDER

On January 4, 2024, the Court held a telephonic status conference with Plaintiffs' Co-Lead Counsel Mr. Patrick Coughlin and Defendants' Liaison Lead Counsel Mr. Jay Srinivasan. For the reasons discussed, the parties shall file their Joint Proposed Rule 26(f) Report and Case Management Order no later than **February 9, 2024**. An in-person hearing on the proposal is set for **1:00 p.m. on February 16, 2024**.

Additionally, as discussed, Plaintiffs shall disclose any third-party litigation funding sources no later than **February 9, 2024**. After this date, Plaintiffs must disclose any new third-party litigation funding sources without delay.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE