UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071 ) MDL No. 3071 ) ) THIS DOCUMENT RELATES TO: ) ALL CASES ) |

## ORDER

On or before **October 14, 2025**, Defendants not included in Plaintiffs' Motion for Preliminary Approval of Class Settlements and for appointment of Settlement Class Representatives, Settlement Class Counsel and Settlement Administrator (Doc. No. 1247) shall respond to that motion.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE