**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) | **Case No. 3:23-md-03071** |
| | ) | **MDL No. 3071** |
| | ) | |
| | ) | **THIS DOCUMENT RELATES TO:** |
| | ) | **ALL CASES** |

# ORDER

Pursuant to the October. 2, 2026, Stipulation (Doc. No. 1571) which was approved by the Court (Doc. No. 1581), the following motions are **GRANTED:**

1. Plaintiffs' Motion and Memorandum for Leave to File Class Certification Brief and Exhibits Under Seal. (Doc. No. 1559);

2. Plaintiffs' Motion and Memorandum for Leave to File Daubert Brief and Exhibits Under Seal. (Doc. No. 1565);

3. Defendants' Opposed Motion to Exclude the Testimony of Dr. Russell L. Lamb. (Doc. No. 1574);

4. Defendants' Opposed Motion to Exclude the Testimony of Dr. Cynthia Rudin. (Doc. No. 1575); and

5. The Thoma Bravo Defendants' Interim Motion for Leave to File Under Seal. (Doc. No. 1577).

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE