**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | )<br>)<br>)<br>)<br>) | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the motion to intervene of the State Attorneys General (Doc. No. 1497) is **DENIED**. The Court invites the State AGs to attend the **October 15, 2026** hearing and will consider their concerns as amici curiae. On or before 5:00 p.m. on **October 14, 2026**, the State AGs, Plaintiffs and Overlap Defendants shall file a joint report on their meet and confer to resolve the State AGs' concerns.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE