UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES |

## ORDER

Before the Court is Defendant Knightvest Residential's ("Knightvest") Unopposed Motion to Extend the Structured Data Production Deadline (Doc. No. 1051). For good cause shown, and without opposition from Plaintiffs, Knightvest's Motion (Doc. No. 1051) is **GRANTED**.

Knightvest's deadline to produce structured data is Wednesday, **January 29, 2025**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE