> Motion (1154) is **GRANTED** and the appearance of Tricia Herzfeld is waived.
>
> *[signature: Waverly D. Crenshaw, Jr.]*
> US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

## PLAINTIFFS' UNOPPOSED MOTION TO EXCUSE TRICIA HERZFELD'S LIVE APPEARANCE AT THE JUNE 13, 2025 STATUS CONFERENCE

Plaintiffs respectfully move for leave to excuse Plaintiffs' Liaison Counsel, Tricia Herzfeld, from appearing in person at the June 13, 2025 Status Conference. On that date, Ms. Herzfeld is scheduled to travel internationally for a pre-paid family trip that she was unable to schedule for a different time. Should the status conference go forward, Tony Orlandi, Ms. Herzfeld's partner at Herzfeld, Suetholz, Gastel Leniski and Wall, PLLC and counsel of record in this matter, is available to appear in person in her stead. In addition, Ms. Herzfeld would be available to participate in the status conference by telephone. Plaintiffs have conferred with Defendants, who have indicated that they do not oppose this Motion.

Dated: June 6, 2025

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
223 Rosa L. Parks Avenue, Suite 300
Nashville, TN 37203
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com